** AUCTIONEER — LICENSING ** THE TERM "HAWKING" AND "PEDDLING" DOES 'NOT' INCLUDE THE OCCUPATION OF "AUCTIONEERING" AND A VETERAN OTHERWISE QUALIFIED AND EXEMPT FROM A LICENSE OR TAX UNDER 72 O.S. 1-6 [72-1-6] WOULD NOT BE EXEMPT FROM OBTAINING AN AUCTIONEER'S LICENSE. (TRADER, OCCUPATION LICENSE) CITE: 11 O.S. 651 [11-651], 11 O.S. 1005 [11-1005] (LICENSE TAX, MUNICIPALITY) (LEE W. COOK)